IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

OLIVIA V. WILLIAMS,

        Defaulted Defendant.

8:25CV35

**ORDER**

The Court held a hearing on the United States of America's Motion for Default Judgment, Filing No. 13. The Defaulted Defendant appeared in person. The Court received evidence from the United States of America and took the Motion for Default Judgment under advisement.

IT IS ORDERED:

1) The Defaulted Defendant, Olivia V. Williams, shall advise the Court on or before April 29, 2025, by filing a notice in writing if she wishes to contest the motion for default judgment.

2) The United States of America is granted until close of business on April 14, 2025, to file any supplemental exhibits in support of its motion for default judgment.

3) The Court will rule on the United States of America's motion for default judgment, Filing No. 13, after April 29, 2025.

4) The Clerk of the Court is ordered to set a case management deadline for April 29, 2025.

Dated this 14th day of April, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge