IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>OLVIA V. WILLIAMS<br><br>        Defendant. | **8:25CV35**<br><br>**ORDER** |

    This matter is before the Court following Defendant's Notice of Opposition, Filing No. 24, to the government's motion for default judgment, Filing No. 13. The Court hereby orders the government to file a response to Defendant's Notice of Opposition within 14 days from the date of this Order. IT IS SO ORDERED.

    Dated this 19th day of May, 2025.

                                                      BY THE COURT:

                                                      s/ Joseph F. Bataillon
                                                      Senior United States District Judge