IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>vs.<br><br>OLIVIA V. WILLIAMS,<br>            Defendant. | **8:25CV35**<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the Court sua sponte. The government brings action against the defendant Olivia Williams ("Defendant"), individually and doing business as Risque Erotic, LLC and Williams Financial Solutions, following the distribution and forgiveness of funds under the Paycheck Protection Program ("PPP") and the Economic Injury Disaster Loan ("EIDL") equaling $30,770.00, plus interest and processing fees. Filing No. 1 at 1. Both programs were created in 2020 to assist businesses impacted by the Coronavirus pandemic. Filing No. 1 at 2 and 4. The government now seeks to collect from Defendant $209,185.70 in treble damages and civil penalties. Filing No. 1 at 1. In her Notice of Opposition, Defendant states, "I can't even afford my bills and lawyer now." Filing No. 24 at 1. The Court is uncertain whether this is a request for counsel.

      Accordingly, the Court is unable to move forward with determining if Defendant should be appointed counsel. If Defendant is asking this Court to consider such a request, she must (1) file a motion requesting counsel, and (2) provide the Court with a financial affidavit. The Clerk of Court will provide Defendant with a financial affidavit to be completed for this purpose. If Defendant is interested in court appointed counsel, (1) the

financial affidavit must be filled out and (2) a motion to appoint counsel returned to the Clerk of the Court:

    Roman L. Hruska Federal Courthouse

    111 South 18th Plaza

    Suite 1152

    Omaha, NE  68102,

Said documents must be returned within 14 days of the date of this Order.

    IT IS SO ORDERED.

    Dated this 16th day of July, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge